## McGrath *v.* Pennsylvania Sugar Co., Appellant.

*Appeals—Second appeal—Evidence.*

1. Where a case has been twice tried and twice appealed, the second appeal will be dismissed if the appellate court is of the opinion that the evidence at the second trial was at least equally strong for plaintiff as that produced at the first trial, and that no reversible error was shown in the charge or otherwise.

Argued November 25, 1925.   Appeal, No. 341, Jan. T., 1925, by defendant, from judgment of C. P. No. 2, Phila. Co., March T., 1922, No. 751, on verdict for plaintiff, in case of Frank A. McGrath v. Pennsylvania Sugar Co. Before MOSCHZISKER, C. J., FRAZER, WALLING, SIMPSON, KEPHART, SADLER and SCHAFFER, JJ.   Affirmed.

Trespass for personal injuries.   Before STERN, J.

The facts appear in report of McGrath v. Pennsylvania Sugar Co., 282 Pa. 265.

Verdict for plaintiff for $19,000, on which judgment was entered for $14,000.   Defendant appealed.

*Error assigned* was, inter alia, refusal of judgment for defendant n. o. v., quoting record.

*Richard A. Smith,* for appellant.

*James F. Masterson,* for appellee.

PER CURIAM, January 4, 1926:

When this case was here before (McGrath v. Pennsylvania Sugar Company, 282 Pa. 265), we held that the court below had jurisdiction and that the issues involved were for the jury. A reading of the present record shows the evidence at the last trial to be at least equally as strong for plaintiff as that produced at the former trial; which is all that need be said in disposing of this appeal, except that we find no reversible error in the charge or otherwise.

The judgment is affirmed.